UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMAL E. MAHMOUD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No.  5:14-cv-02353-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the pending Motion for Summary Judgment (Docket Item No. 14), the court finds that scheduling conference is unnecessary at this time.  Accordingly, the Case Management Conference scheduled for February 26, 2015, is VACATED and will be rescheduled, if necessary, in the order addressing the Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated:  February 20, 2015

                                      EDWARD J. DAVILA
                                      United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMAL E. MAHMOUD,

    Plaintiff,

v.

UNITED STATES, et al.,

    Defendants.

Case No. 5:14-cv-02353-EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/20/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Kamal E. Mahmoud
    954 Westlynn Way, Apt 1
    Cupertino, CA 95014

Dated: 2/20/2015

    Richard W. Wieking
    Clerk, United States District Court

By: *Elizabeth C. Garcia*
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA